EXHIBIT 10

**LAVIN INSURANCE SERVICES**
P. O. Box 1001
Pewee Valley, KY  40056

Kevin S. Lavin CIC

(502) 228-1600
Fax  (502) 638-5060

INVOICE

========================================================================

27607        Sheila Rosenblum                DATE:  9/ 1/2010
                                             POLICY # AMP 1941790000
             515 Park Avenue, Apt. 36/37     CARRIER: GREAT AMERICAN INS
             New York          NY 10022

NAME INSURED:                                      PAGE     1
------------------------------------------------------------------------
ITEM   INSURED   NAME/DESCRIPTION              RATE        PREMIUM
       AMT.

                                        (PRO RATA)
  1   325,000.00  **NEON LIGHT**           4.7500%  $  14,388.00
                  2007 BAY     Filly          -- RACING
                  POLICY PERIOD:  8/31/2010 TO  8/ 6/2011- Mort & Theft
                  POLICY ENDORSEMENT/ADJUSTMENT - #      1

========================================================================
                  TOTAL KENTUCKY SURCHARGE              $       0.00
                  TOTAL PREMIUM                             14,388.00
========================================================================
  $  325,000.00  TOTAL COVERAGE AMOUNT    INVOICE TOTAL   $  14,388.00

# EXHIBIT 11

NYRA: Coggins Test Negative
Name: NEON LIGHT (GER)
Date: 7/23/10

# The Jockey Club,

**N.Y.**

Lip Number
GER00022054

No. 41670

## CERTIFICATE OF FOREIGN REGISTRATION

THIS IS TO CERTIFY THAT *the Stewards of* **The Jockey Club,** *have received a certificate signed by* Secy. German Stud Book

*of* Koln, Germany *which states that the* Bay Filly

*named* Neon Light (GER) *was foaled in* 4/6/07 *by* Refuse To Bend (IRE)

*out of* —No Merci (GER) *by* General Assembly

**Marks:** Irregular star pointed to right dic on bottom; few white hairs in center of face.---
Cowlick to left at top of eye level.
Left fore: ankle irregularly white, lower on outside and in front, higher on inside and in back; dark spots on coronet and in white.---
Left hind: half stocking; dark spots on coronet and in white.---
Right hind: ankle white, higher in back and on outside in back; dark spots on coronet and in white.---
Right fore: pastern and part of ankle white, higher in back; dark spots on coronet and in white.---
Cowlick behind poll on left side; cowlick in crest of neck on right side.***

*Issued to* Stall Titan

*Bred by* P. Kusmin

J0372336

7/23/10

THIS CERTIFICATE IS ISSUED ON THE BASIS OF INFORMATION SUBMITTED TO THE JOCKEY CLUB BY THE APPLICANT PURSUANT TO THE PRINCIPAL RULES AND REQUIREMENTS OF THE AMERICAN STUD BOOK AND IS SUBJECT TO REVOCATION AND CANCELLATION IF FURTHER INFORMATION IS RECEIVED INDICATING IMPROPER OR ERRONEOUS ISSUANCE.

CERTIFICATE TO BE PRESERVED AND TRANSFERRED TO PURCHASER GRATIS IF THIS HORSE IS SOLD. POSSESSION AND PRESENTATION OF THIS CERTIFICATE MAY BE A REQUIREMENT TO RACE OR BREED THE HORSE IT IDENTIFIES. TRANSFERS MAY BE RECORDED ON REVERSE SIDE.

# EXHIBIT 12

Case 2:10-cv-04626-SJF -ETB   Document 16   Filed 10/13/10   Page 6 of 14

Language



Home | News | Horses available | Turf Syndicate | Stall Titan | Success | About Manfred Hofer | Contact | Login | Search

**Menue**

Home
News
Horses available
Turf Syndicate
Stall Titan
Success
About Manfred Hofer
Contact
Login
Search



## Welcome to Manfred Hofer Bloodstock

As one of Germany´s leading bloodstock agencies Manfred Hofer Bloodstock offers you a wide range of specially selected horses, from Black Type to Stockmare.

Through our menu below you may access our current selection sorted by age - including Group placed Sassoaloro .

Please also use the opportunity to learn more about **Manfred Hofer**, his successes and what Manfred Hofer Bloodstock can provide for your bussiness. If you require any further information, please don´t hesitate to contact us.

Your **Manfred Hofer**

**NEWS**

**Walzertraum zum Abschluss 4. in Dubai »**

**5.3.2010**
...als Vierter lief der von Manfred Hofer trainierte Walzertraum am Besten. Nach einem Rennen aus... »

**Titurel leider ohne Chance in Dubai »**

**4.3.2010**
...während Titurel (Olivier Peslier) Platz neun im Feld von 13 Pferden belegte. Es gab diesmal... »

**Titurel in Dubai erneut ohne Glück »**

**25.02.2010**
Nach nur einer Woche Auszeit versuchte Manfred Hofer mit seinem Titurel einen neuerlichen Anlauf in... »

**Sir Moretti & City of Light siegen in Neuss »**

**21.02.2010**
...City of Light war schon der zweite Sieger von Manfred Hofer am Sonntag in Neuss,... »

**Titurel Dubai-Vierter »**

**18.02.2010**
Nach dem starken Auftritt von Titurel vor zwei Wochen in Dubai, hatte man sich für... »

Case 2:10-cv-04626-SJF -ETB   Document    Filed 10/13/10   Page 7 of 14

Language



Home | News | Horses available | Turf Syndicate | Stall Titan | Success | About Manfred Hofer | Contact | Login | Search

**Menue**

Home

News

Horses available

Turf Syndicate

Stall Titan

Success

About Manfred Hofer

Contact

Login

Search

## Manfred Hofer - personaly

Professionality, profound knowledge of horses, success: these are the major assets **Manfred Hofer** is known for.

Milestones of his carreer as a Jockey are three championates and 1241 victories in the saddle, amongst them 5 classic victories and 20 group races. His experience, competence, and dedication gave him the reputation to be the best partner for success on the highest level. Amongst other things, the congenial Austrian initiated the highly successful Manfred Hofer auctions that attracted an international audience and whose sales were able to place themselves very successfully.

As founder and manager of the **Turfsyndicates** he has proven his ability to pick the most promising ones out of the great number of bloodstocks offered worldwide. There are many examples, to name just the most successful ones:
Derby winner Belenus or Group I winner: **Paita, Flashing Numbers...**

To ensure further excellence, his main focus lies on visiting both smaller and larger studs, bloodstock auctions, and major international events to be able to provide his customers with the horses they desire. Yet he is dedicated to choosing carefully. To verify a profound judgement, he conducts personal test with every horse, paying special attention to a flawless health certificate.

Now Manfred Hofer is again taking German galopp sports to a new dimension: With the brand new concept, the trade with German race horses will now also be accessible to international clients.

His successes speak for themselves.
Are you in need of qualified assistance in terms of acquisition, breeding, dispositions or management?

**Manfred Hofer** is your No. 1 choice.

**Impressions**

  

© 1997 - 2010 Manfred Hofer Bloodstock | **IMPRINT**

# EXHIBIT 13



EXHIBIT 14





Language 

Home | News | Horses available | Turf Syndicate | Stall Titan | Success | About Manfred Hofer | Contact | Login | Search

## Search

neon light          Search

**Neon Light [GER], 2007**
v. Refuse To Bend - No Merci Geschlecht Stute Standort Gütersloh Trainer Andreas Wöhler Besitzer Stall Titan Zuechter Pavel Kusmin Blacktype-Pferd ja Status Aktives Rennpferd **zurück** Rennleistungen Download Aktuelle Formen http //www.galopp-sport.de/dvrWebApp/htdocs/aktive/nonsecure/renndaten /pferdeDetail.jsp?PIDNR=15151887

**Sir Moretti & City of Light siegen in Neuss**
21.02.2010 ...City of Light war schon der zweite Sieger von Manfred Hofer am Sonntag in Neuss, denn in der Auftaktprüfung verlor Sir Moretti (M.F. Weissmeier) seine Gegner und gewann mit frappierender Dominanz für den Stall...

**City of Light [GB], 2006**
v. Singspiel - Electric Society Geschlecht Stute Standort Köln Trainer Manfred Hofer Besitzer Turfsyndikat 2009 Zuechter Albert Conneally/Irland Blacktype-Pferd keine Rennleistungen vorhanden Status Aktives Rennpferd **zurück** Pedigree Download Rennleistungen Aktuelle Formen http //www.galopp-sport.de/dvrWebApp/htdocs /aktive/nonsecure/renndaten/pferdeDetail.jsp?PIDNR=17644838

**Paratrooper (GB), 2004**
v. Fantastic Light - Croeso Cariad Geschlecht Wallach Traings-Standort Trainer Nina Bach Besitzer Rupert Piersch Zuechter Usk Valley Stud/England Familie 13 Blacktype keine Rennleistungen vorhanden Status Aktives Rennpferd Aktuelles GAG (flach) --- Pedigree **zurück** Pedigree...

**Success**
Success as Agent bought as foal Silvester Lady [GB], 1998 v. Pivotal - Gara Yaka Evil Empire [GER], 1996 v. Acatenango - Elea Indikator [GER], 1995 v. Sillery - Indica Scapolo [IRE], 1998 v. Rainbows...

**Erfolge**
Erfolge als Agent, auszugsweise gekauft als Fohlen Silvester Lady [GB], 1998 v. Pivotal - Gara Yaka Evil Empire [GER], 1996 v. Acatenango - Elea Indikator [GER], 1995 v. Sillery - Indica Scapolo [IRE], 1998 v....



© 1997 - 2010 Manfred Hofer Bloodstock | **IMPRINT**

# EXHIBIT 15

Case 2:10-cv-04626-SJF -ETB   Document 16   Filed 10/19/10   Page 14 of 14

<u>Print</u> | <u>Close Window</u>

**Subject:** **Re: Neonlight!**
  **From:** **"Manfred Hofer" <mhofer@online.de>**
    **Date:** **Wed, Sep 22, 2010 8:22 am**
      **To:** **swy1@optonline.net**

Dear Steven,

Coming back to our today's telephone conversation I would like to say that
first of all we would like to apologize for any inconvenience caused by this matter, but it
is not up to us.

Manfred Hofer is entrusted by Stall Titan- Pavel Kusmin since around 8 years to act as an agent and
manager of the race- and stud horses. All the business since then was made in verbal form or by
handshake and we have to point out that there was no reason for an objection by now.

The filly was sent from Andreas Wöhler to the USA as there are variant admissibility criteria
for racehorses than in Europe.

Both sale and price was discussed and agreed with Alex Kusmin, who is the responsible contact in
Germany, by phone as usually.

The deal was done between you and Manfred by the written confirmation signed by both parties. The
money arrived on the account which was used as a kind of account in trust.

During this time Mr. Kusmin (father) gave away the filly as a gift.

To clear up the situation there was meeting at Manfred's office here in Cologne – participant Pavel +
Alex Kusmin , Manfred Hofer and myself.

In this meeting it was discussed and agreed that the funds should remain on the account until
clarification and to deduct the costs for the USA, like transport, training etc.

If it is needed the residual amount can be transferred to any account.

Pls. let me know if we can be of further assist.


Best regards

Manfred Hofer